MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  melanie.morgan@akerman.com
Email:  scott.lachman@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01864-GMN-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

SFR Investments Pool 1, LLC and Bank of America, N.A. (**BANA**) stipulate that BANA shall have an additional seventeen (17) days, up to and including **December 1, 2022**, to file its response to the SFR's complaint, which is currently due on November 14, 2022 under rule 81. The complaint was filed on October 3, 2022, and removed to federal court on November 4, 2022.

Good cause exists to grant the requested extension.  BANA requested the extension from SFR so that the parties could explore settlement options.

. . .

. . .

. . .

. . .

{67245946;1}

1    This is the parties' first request for an extension of this deadline, and is not intended to cause
2 any delay or prejudice to any party.
3    DATED this 9th day of November, 2022.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Scott R. Lachman<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

**ORDER**
**IT IS SO ORDERED**

**DATED:** 4:09 pm, November 10, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

{67245946;1}